# Third District Court of Appeal
## State of Florida

Opinion filed January 7, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0526
Lower Tribunal No. F01-33520
_____

**Joseph Johnson,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Joseph Johnson, in proper person.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.